**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Rodrigo CASTRO–LOPEZ, Defendant–Appellant.**

No. 13–10197.

United States Court of Appeals, Ninth Circuit.

Submitted March 31, 2014.*

Filed April 29, 2014.

Christina Marie Cabanillas, Assistant U.S., Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

Rodrigo Castro–Lopez, pro se.

Thomas E. Higgins, Esquire, Law Offices of Thomas E. Higgins Jr., Tucson, AZ, for Defendant–Appellant.

Before: HUG, FARRIS, and CANBY, Circuit Judges.

MEMORANDUM ***

Rodrigo Castro–Lopez appeals from the district court's judgment and challenges his guilty-plea conviction and 48–month sentence for reentry after deportation, in violation of 8 U.S.C. § 1326. Pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Castro–Lopez's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Castro–Lopez the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to Penson v. Ohio, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

---

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.